**Order entered February 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01325-CV

### JOHN H. CARNEY & ASSOCIATES, Appellant

### V.

### OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-02253**

## ORDER

We **GRANT** court reporter Antionette Reagor's request for extension of time to file the record and **ORDER** the record be filed no later than February 25, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE